IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW RIDER,

   Petitioner,     No. CIV S-08-2729 GGH P

  vs.

RICHARD B. IVES, et al.,

   Respondents.    <u>ORDER</u>

_____/

   Petitioner has requested a sixty day extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

   1. Petitioner's March 3, 2009 motion for an extension of time (Docket No. 13) is granted; and

   2. Petitioner is granted sixty days from the date of this order in which to file a traverse. No further requests for extension of time will be granted but for a showing of substantial cause.

DATED: March 8, 2009

             /s/ Gregory G. Hollows

             GREGORY G. HOLLOWS
             UNITED STATES MAGISTRATE JUDGE

GGH:mp
ried2729.eot